[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**

Central ~~========~~ DISTRICT OF ILLINOIS

**FILED**

DEC 2 8 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Bryant Hart _____

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Judge Jason Chambers
Joseph Moren
States Attorney Spencer
Mclean Co Sheriff Matt Lane
Bloomington Police Dept
ILL State Police Task Force Six

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
use "et al.")

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

___✓___     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## I.   Plaintiff(s):

A.   Name: Bryant Hart

B.   List all aliases: Bryant Hart

C.   Prisoner identification number: 101114476

D.   Place of present confinement: Mclean County Jail

E.   Address: 104 W Front St

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

## II.   Defendant(s):

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: Judge Jason Chambers

Title: Judge

Place of Employment: Mclean County Courthouse 11th circuit

B.   Defendant: Joseph Moran

Title: Public Defender

Place of Employment: Mclean County Courthouse 11th circuit

C.   Defendant: Mclean County Sheriff Matt Lane

Title: Sheriff

Place of Employment: Mclean County Police

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

11.

D    Defendant(s): States Attorney
     Title: States Attorney Spencer
     Place of Employment Mclean County Courthouse

E.   Defendants(s): Bloomington Police Dept.
     Title: Police
     Place of employment Bloomington Police Dept.

F    Defendants(s): Illinois State Police Task Force Six
     Title: Illinois State Police Task Force Six
     Place of employment Mclean County State Police

Page 2½

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: ○

B.    Approximate date of filing lawsuit: ○

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: ○

D.    List all defendants: NONe

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NONE

F.    Name of judge to whom case was assigned: NONe

G.    Basic claim made: NONe

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NONe

I.    Approximate date of disposition: NONe

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On November 29th 2023 in court room 4A
Stiles Attorney said to my attorney
Joseph Moran, that discovery will not be seen
until the day of trial, stated in open court.
I was incarcerated and charged October 16th, 2023
and to date it is 60 days since, without
seeing discovery.

ILLegal search and seizure of 204 2nd
Street residence. They entered 204 2nd street
residence when warrant stated my name.
And seized a vehicle that did not belong to
me. Lawyer brought a plea deal without
viewing discovery. Charged with Felony
that qualified as misdemeanor. Being held
without bail since 10-16-2023

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

2.5 million and , charges dismissed, vehicle siezed returned, Criminal charges filed against six defendants, Compensation for vehicle siezed that belongs to Keionna Seals. $2,000.00 a day for loss of vehicle while impounded.

**VI.    The plaintiff demands that the case be tried by a jury.**    ☒ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___12___ day of ___18___, 20_23_

_____
(Signature of plaintiff or plaintiffs)

BRYant HaRt
(Print name)

101114476
(I.D. Number)

104 W. Front St Bloomington IL
61761
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



USA FOREVER PURPLE HEART
USA FOREVER PURPLE HEART

CORRESPONDENCE
McLEAN COUNTY INMATE

United States District Court
Central District of Illinois
office of the clerk rm# 30c
Federal Building
100 N.E. Monroe St
Peoria, IL, 61602

LEGAL MAIL

LEGAL
Mail

Bryant Hart
ID # 101114476
McLean County Jail
Bloomington ILL 61701