Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | | |
|---|---|---|
| **Bryant Hart** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number: 23-1462** |
| | ) | |
| **Jason Chambers, Joseph Moran,** | ) | |
| **Matt Lane, Spencer,** | ) | |
| **Bloomington Police Dept,** | ) | |
| **Illinois State Police Task Force Six.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Bryant Hart's action against Defendants Jason Chambers, Joseph Moran, Matt Lane, Spencer, Bloomington Police Dept and Illinois State Police Task Force Six is dismissed without prejudice.

**Dated:   2/6/2024**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court